UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

1. JULIO CARRION SANTIAGO a/k/a "MACHO"
2. PEDRO ALBERTO MIRANDA, a/k/a "TAVO"
3. REYNALDO RIVERA, a/k/a "REY"
4. JOSE RODRIGUEZ,
5. ENRIQUE AGOSTO,
6. JOSE TORRADO,
7. CARLOS SANCHEZ,a/k/a "CARLITOS"
8. LUIS R. SANCHEZ, a/k/a "PITO"
9. EDWIN TORREZ, a/k/a "COQUI", a/k/a ""TIM"
10. ZULEIMA REYES a/k/a "LINDA" and
11. SANTIAGO ARROYO

Defendants.

M.J. No.
2004-M-0500 RBC

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS
OCT 15 2004
OFFICE OF ... B. COLLINGS
U.S. MAGISTRATE JUDGE

**MOTION TO UNSEAL**

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrants, supporting affidavit, and all related paperwork. In support of this motion, the government states that all of the individuals named in the affidavit supporting the Complaint have been arrested.

OCT 15 2004
ALLOWED; SO ORDERED

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Date: October 15, 2004