AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

USA
v
Santiago et al

**APPEARANCE**

Case Number: 04 M 0500

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  ZULEIMA REYES

I certify that I am admitted to practice in this court.

11-1-2004
Date

11/1/04
NR

_John D. Hodges, Jr._
Signature

JOHN D. HODGES, JR - 236640
Print Name                                Bar Number

1360 MAIN STREET
Address

TEWKSBURY           MA           01876
City                    State              Zip Code

(978) 863-1172        (978) 851-7951
Phone Number                              Fax Number