✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. **I** _____  Investigating Agency  **DEA** _____

City    **Lowell/Fitchburg/Leominster**    Related Case Information:

County   **MIDDLESEX/WORCESTER**   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number    **2004-M-00500-RBC**
Search Warrant Case Number    **2004-M-00501-RBC**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **REYNALDO RIVERA**     Juvenile    ☐ Yes    ☒ No

Alias Name   **REY**

Address   **235 18ᵀᴴ ST., APT 204 DRACUT, MA**

Birth date (Year only):  **1978**   SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known:    **Carl Donaldson, Esq.**    Address:  **11 Beacon Street, Suite 600**
                                                                       **Boston, MA 02108**

Bar Number: _____

**U.S. Attorney Information:**

AUSA   **DENISE JEFFERSON CASPER**     Bar Number if applicable  **568116**

Interpreter:     ☒ Yes   ☐ No     List language and/or dialect:    **SPANISH**

Matter to be SEALED:    ☐ Yes   ☒ No

   ☐ Warrant Requested         ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   **October 15, 2004**

☒ Already in Federal Custody as   **October 15, 2004**   in   **Plymouth House of Correction** .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  **6**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **NOVEMBER 10, 2004**     Signature of AUSA:  *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    REYNALDO RIVERA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ENRIQUE AGOSTO    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address    1 SHATTUCK ST APT 303, LOWELL, MA

Birth date (Year only): 1964    SSN (last 4 #): _____    Sex ___    Race: _____    Nationality: _____

Defense Counsel if known:    Cathy Byrne, Esq.    Address: 408 Atlantic Avenue, 3rd Floor
Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA    DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    October 15, 2004

☒ Already in Federal Custody as    October 15, 2004    in    Plymouth House Of Correction
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004    Signature of AUSA: /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     ENRIQUE AGOSTO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE TORRADO    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA

Birth date (Year only):  1980   SSN (last 4 #): ____  Sex ____  Race: ____  Nationality: ____

Defense Counsel if known:   Lenore M. Glaser, Esq.   Address: 25 Kingston Street
                                                              Boston, MA 02111

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☒ Already in Federal Custody as  October 15, 2004  in  Plymouth House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE TORRADO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. __1__  Investigating Agency __DEA__

City __Lowell/Fitchburg/Leominster__   Related Case Information:

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   __2004-M-00500-RBC__
Search Warrant Case Number   __2004-M-00503-RBC__
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name __CARLOS SANCHEZ__   Juvenile  [ ] Yes  [X] No

Alias Name __CARLITOS__

Address __270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA__

Birth date (Year only): __1982__  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: __Tony Scola, Esq.__   Address: __47 Harvard Street__
__Worcester, MA 02609__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__   Bar Number if applicable __568116__

Interpreter:  [ ] Yes  [X] No    List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested    [X] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: __October 15, 2004__

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence   [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by __Judge Collings__ on __November 3, 2004__

Charging Document:  [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:  [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __NOVEMBER 10, 2004__   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/.Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ   Juvenile  ☐ Yes  ☒ No

Alias Name   PITO

Address   427 ROSEWOOD LANE, LOWELL, MA

Birth date (Year only): 1974   SSN (last 4 #): ____   Sex ___   Race: ____   Nationality: ____

Defense Counsel if known:   Sean T. Delaney, Esq.   Address: 228 Central Street
                                                              Lowell, MA 01852
Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Judge Collings   on   October 21, 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     LUIS R. SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   2004-M-00504-RBC
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   EDWIN TORREZ   Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   219 BLACK BROOK RD., LOWELL, MA

Birth date (Year only): 1965   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:**   Victoria Bonilla-Argudo, Esq.   **Address:** 77 Central Street, 2nd Floor
Boston, MA 02109

**Bar Number:** _____

## U.S. Attorney Information:

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes  ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

## Location Status:

Arrest Date:   October 15, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Judge Collings   on   October 21, 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004     Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **EDWIN TORREZ**

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____ **Category No.** I _____ **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    JOSE RODRIGUEZ          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    261 AIKEN ST 2ND FL. LOWELL, MA

Birth date (Year only): 1962   SSN (last 4 #): ____   Sex ____   Race: ____   Nationality: ____

**Defense Counsel if known:** Valerie S. Carter, Esq.    **Address:** 530 Atlantic Avenue
                                                                                                                                         Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    DENISE JEFFERSON CASPER      Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No      List language and/or dialect:    SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:**    October 15, 2004

☒ Already in Federal Custody as    October 15, 2004    in    Plymouth House of Correction .
☐ Already in State Custody ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by ____   on ____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004      **Signature of AUSA:** *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE RODRIGUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** 1  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES    Juvenile   [ ] Yes   [X] No

Alias Name   LINDA

Address   10 CONLON TERRACE, LOWELL, MA

Birth date (Year only):  1979   SSN (last 4 #): ___  Sex ___  Race: ___   Nationality: ___

Defense Counsel if known:   John D. Hodges, Esq.    Address:  1360 Main Street
                                                              Tewksbury, MA 01876

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  [ ] Yes  [X] No    List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date:  October 15, 2004

[X] Already in Federal Custody as   October 15, 2004   in   FCI
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:  [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZULEIMA REYES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SANTIAGO ARROYO    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only): 1983  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: ___

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

◥JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   SANTIAGO ARROYO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    2004-M-00509-RBC
Search Warrant Case Number _____
R 20/R 40 from District of    Eastern District of New York

**Defendant Information:**

Defendant Name    JUAN NUNEZ    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____    SSN (last 4 #): ____    Sex M    Race: ____    Nationality: ____

**Defense Counsel if known:**    Roger Witkins, Esq.    **Address:** 6 Beacon Street, Suite 1010
                                                                            Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER    **Bar Number if applicable** 568116

**Interpreter:**  ☒ Yes  ☐ No    List language and/or dialect:    SPANISH

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**    October 15, 2004

☒ Already in Federal Custody as    October 15, 2004    in    Plymouth House of Correction    .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004    **Signature of AUSA:** /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      JUAN NUNEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**