# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2003-10336-NMG-10

ZULEIMA REYES, ETC.

# ORDER SETTING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

    After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons and the community. Accordingly, the Court sets the following Conditions of Release:

(1) The defendant and Rosa Sanchez shall execute a $25,000 unsecured bond.

(2) The defendant shall live only at Apt. #3, 192 School Street, Lowell, Massachusetts ("the residence") and at no other location.

(3) The defendant is released into the Third Party Custody of Ms. Rosa Sanchez.

(4) The defendant shall not apply for a passport or any type of travel

documents while on release.

(5) The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(6) The defendant shall not alcohol to excess and shall not use or possess any narcotic controlled substance except by prescription from a licensed medical practitioner.

(7) The defendant shall submit to random drug testing by Pre-Trial Services.

(8) The defendant shall attend at least two Narcotics Anonymous meetings per week and provide proof of such attendance to Pre-Trial Services.

(9) The defendant shall enroll in a GED program and submit proof of attendance to Pre-Trial Services.

(10) The defendant shall notify Pre-Trial Services within twenty-four (24) hours if he is arrested.

(11) The defendant's travel is restricted to Essex, Middlesex and Suffolk Counties, Massachusetts.

(12) The defendant shall not have any contact, either direct or indirect, with any co-defendants in this case and any witnesses in this case except through her attorney.

(13) The defendant shall obtain legal employment in which she is paid in a legal manner (not "under the table") and shall provide proof of her employment in the form of pay stubs to Pre-Trial Services.

(14) The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

      Counsel for Ms. Reyes shall notify the Clerk when Ms. Sanchez can come to Court so that the Court can schedule a Release Hearing.

                                      /s/ *Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

Date: November 15, 2004.