UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

Criminal No.04-CR-10336-NMG

V.

ZULEIMA REYES

CERTIFICATE OF SERVICE

I, John D. Hodges, Jr., attorney for the defendant, do hereby certify that I delivered by hand a copy of the defendant's motion to suppress, the affidavit of John D. Hodges, Jr., in support of the motion to suppress, and the memorandum of law in support of the motion to suppress to the office of Assistant United States Attorney Denise J. Casper.

Dated:     May 11, 2005.

*/s/ John D. Hodges*
John D. Hodges, Jr.
Attorney for the Defendant
1360 Main Street
Tewksbury, MA 01876
(978) 863-1172