UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

Criminal No.04-CR-10336-NMG

V.

ZULEIMA REYES

**AFFIDAVIT OF JOHN D. HODGES, JR. IN SUPPORT OF
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
PRODUCED BY WIRETAP ORDERS**

I, John D. Hodges, Jr., having been duly sworn, upon my oath, do hereby depose and state as follows:

1. I am the attorney for the defendant Zuleima Reyes in these proceedings, and I have been provided with discovery materials by the United States Government, which I have read and reviewed.

2. Included in this discovery materials were all documents relative to the orders of the Court authorizing a wiretap on telephone number (978) 423-8173.

3. Based upon my reading, review and knowledge gleaned from the discovery materials I am able to make the factual assertions contained in paragraphs 1 through 4 of the defendant's motion to suppress.

Dated:   May 11, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

*/s/ John D. Hodges*
John D. Hodges, Jr.