UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-CR-10336-NMG |
| v. ) | |
| ) | |
| JULIO CARRION SANTIAGO et al. ) | |
| ) | |

**GOVERNMENT'S MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES IN OPPOSITION TO MOTION OF ZULEIMA REYES (10) TO SUPPRESS EVIDENCE OBTAINED PURSUANT TO WIRETAP OF (978) 423-8173**

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U. S. Attorney Denise Jefferson Casper, hereby moves to file a memorandum of facts and law that exceeds twenty (20) pages in opposition to the motion of Defendant Zuleima Reyes ("Reyes") to suppress evidence obtained pursuant to a court-authorized wiretap. In support of this motion, the government states that the memorandum addresses the many aspects of a long-term investigation that lead to the government's application for the wiretap and the applicable legal standards that govern a challenge to the necessity of the wiretap authorization. This extensive discussion was necessary given the nature of Reyes' motion.

WHEREFORE, the government respectfully requests that this Court allow the government leave to file its memorandum in excess of twenty pages in the captioned matter.

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     /s/ Denise Jefferson Casper
                                        DENISE JEFFERSON CASPER
                                        Assistant U.S. Attorney
```

Dated: June 6, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record in the captioned matter a copy of the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 6th day of June, 2005.

```
                                        /s/ Denise Jefferson Casper
                                        DENISE JEFFERSON CASPER
                                        ASSISTANT UNITED STATES ATTORNEY
```