```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA            ) | |
|                                     ) | |
|           V.                        ) | |
|                                     )   No.  04-10336-NMG |
|                                     ) | |
| JULIO CARRION SANTIAGO, et al.      ) | |
|           Defendant                 ) | |

**MOTION FOR WITHDRAWAL**

The undersigned Assistant United States Attorney respectfully moves to withdraw from this case, and terminate the previously filed appearance in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/: Sharron A. Kearney*
    SHARRON A. KEARNEY
    Assistant U.S. Attorney

Dated: September 22, 2006