UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO.: 2004-10336 NMG

ZULEIMA REYES

Now comes the defendant by her attorney in the above-entitled matter and moves that this Court schedule a date for a hearing on a change of plea to guilty.

Dated:      October 10, 2006.

John D. Hodges, Jr.
Attorney for the Defendant
1830 Main Street
Tewksbury, MA 01876
(978) 851-4000
BBO#: 236640