UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   **CRIMINAL NO.: 2004-10336 NMG**

ZULEIMA REYES

NOTICE OF CHANGE OF ADDRESS

Please take note that the address of counsel for the defendant is as follows"

John D. Hodges, Jr.
1830 Main Street
Tewksbury, MA 01876
(978) 851-1172
BBO#: 236640

I have served the foregoing on counsel of record.

Dated:   October 6, 2006.

John D. Hodges, Jr.
Attorney for the Defendant
1830 Main Street
Tewksbury, MA 01876
(978) 851-4000
BBO#: 236640